# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

YOLANDA BETTY, on behalf of M.A.T.B.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 18-10922
Hon. Terrence G. Berg

## JUDGMENT

In accordance with the opinion and order issued on this date, adopting Magistrate Judge Elizabeth A. Stafford's March 13, 2019 Report and Recommendation (ECF No. 23), recommending that Defendant's Motion for Summary Judgment (ECF No. 22) be GRANTED and Plaintiff's Motion for Summary Judgment (ECF No. 17) be DENIED;

It is ORDERED AND ADJUDGED that the case be dismissed and judgment entered in favor of Defendant.

    Dated at Detroit, Michigan: April 16, 2019

DAVID J. WEAVER
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk


APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE